1  LAWRENCE J. GORNICK (SBN 136290)
   EMILY M. CHARLEY (SBN 238542)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   One Bush Street, 14th Floor
3  San Francisco, CA 94104
   Telephone: 415-646-7160
4  Facsimile: 415-981-1270
5
   Attorneys for Plaintiff
6
7                UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9
10 DAVID MOZINGO,              ) CASE NO. C 06 0628 JSW
                                )
11              Plaintiff,      ) Before the Honorable Jeffrey S. White
                                )
12     v.                       ) [PROPOSED] ORDER VACATING
                                ) AND/OR CONTINUING CASE
13 ASTRAZENECA PHARMACEUTICALS, L.P. ) MANAGEMENT CONFERENCE
   and ASTRAZENECA, L.P.,      )
14                              )
                                ) Conference Date:   May 12, 2006
15              Defendants.     ) Conference Time:   1:30 p.m.
                                ) Location:          Courtroom 2, 17th Floor
16                              )                    San Francisco

17    For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court
18
   hereby continues the May 12, 2006 Case Management Conference ("CMC") to
19
   __October 13, 2006__, at _1:30 p.m._. In the event the case is not transferred as part of the MDL
20
21 No. 1769 – *In re Seroquel Products Liability Litigation*, far enough in advance of the new CMC date,

22 the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this

23 Court's Standing Order.   Plaintiff is HEREBY ORDERED to serve Defendants within 120 days of
24                           this Order.
   **IT IS SO ORDERED.**
25
26 DATED: __May 3, 2006__        _____
                                 Honorable Jeffrey S. White
27                               United States District Court Judge
                                 by Honorable Martin J. Jenkins
28